Leland Backus, Esq.
Nevada State Bar No. 473
**BACKUS, CARRANZA & BURDEN**
3050 S. Durango Drive
Las Vegas, NV 89117
(702) 872-5555
(702) 872-5545 facsimile
gbackus@backuslaw.com

Attorney for Defendant
*AGCS MARINE INSURANCE COMPANY*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DESIGN TO PRINT, INC. a Utah Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>CASESTACK, LLC, a Delaware Limited Liability Company; JOSE MANUEL BOLANOS, an individual doing business as Bolanos Trucking; BOLANOS TRUCKING INC., a California Corporation; APOLLO TRUCKING INC., a California Corporation; and AGCS MARINE INSURANCE COMPANY, an Illinois Corporation; JANE AND JOHN DOES 1-10; and DOE BUSINESS ENTITIES 1-10;<br><br>Defendants. | **Civil Action No. 2:20-cv-00714-KJD-DJA**<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**<br>**[FIRST REQUEST]** |

Plaintiff, Design to Print, Inc ("DTP"). and Defendant, AGCS Marine Insurance Company ("AGCS"), through their respective undersigned counsel are in the process of reviewing whether this matter against AGCS may be dismissed and need additional time to review certain documentation pertinent to the alleged claims against AGCS.  This is the first request for an extension of time and good cause exists for the same.

. . . .

Accordingly, DTP and AGCS stipulate and agree through their counsel of record that AGCS may have to and including June 30, 2020 to respond to the Complaint.

DATED this 10th day of June, 2020.

**BACKUS, CARRANZA & BURDEN**

By: /s/ Leland Backus
Leland Backus, Esq.
Nevada State Bar No. 473
3050 South Durango Drive
Las Vegas, Nevada 89117
Attorney for Defendant
AGCS MARINE INSURANCE COMPANY

DATED this 10th day of June, 2020.

**SUGDEN LAW**

By: /s/ Amy L. Sugden
Amy L. Sugden, Esq.
Nevada Bar No. 9983
9728 Gillespie Street
Las Vegas, Nevada 89183
Attorney for Plaintiff
DESIGN TO PRINT, INC.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 11, 2020

2