Leland Backus, Esq.
Nevada State Bar No. 473
**BACKUS, CARRANZA & BURDEN**
3050 S. Durango Drive
Las Vegas, NV 89117
(702) 872-5555
(702) 872-5545 facsimile
gbackus@backuslaw.com

Attorney for Defendant
*AGCS MARINE INSURANCE COMPANY*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DESIGN TO PRINT, INC. a Utah Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>CASESTACK, LLC, a Delaware Limited Liability Company; JOSE MANUEL BOLANOS, an individual doing business as Bolanos Trucking; BOLANOS TRUCKING INC., a California Corporation; APOLLO TRUCKING INC., a California Corporation; and AGCS MARINE INSURANCE COMPANY, an Illinois Corporation; JANE AND JOHN DOES 1-10; and DOE BUSINESS ENTITIES 1-10;<br><br>Defendants. | Case No. 2:20-cv-00714-KJD-DJA<br><br>**SECOND STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT [SECOND REQUEST]** |

Plaintiff, Design to Print, Inc ("DTP"). and Defendant, AGCS Marine Insurance Company ("AGCS"), through their respective undersigned counsel are in the process of reviewing whether this matter against AGCS may be dismissed and need additional time to review certain documentation pertinent to the alleged claims against AGCS.  This is the second request for an extension of time and good cause exists for the same.  Additional documents related to the claims asserted against CaseStack and AGCS in the Fourth Claim for Relief were reviewed and forwarded to counsel for DTP on Monday, June 29 and counsel for DTP needs additional time to

review to ascertain whether to voluntarily dismiss both the Fourth and Fifth Claims for Relief asserted against AGCS.[1]  Additional documents have also been requested from CaseStack by DTP to review relating to Fourth Claim for Relief.

Accordingly, DTP and AGCS stipulate and agree through their counsel of record that AGCS may have to and including July 10, 2020 to respond to the Complaint.

DATED this 30th day of June, 2020.

**BACKUS, CARRANZA & BURDEN**

By: */s/ Leland Eugene Backus*
Leland Backus, Esq.
Nevada State Bar No. 473
3050 South Durango Drive
Las Vegas, Nevada 89117
Attorney for Defendant
AGCS MARINE INSURANCE COMPANY

DATED this 30th day of June, 2020.

**SNOW JENSEN & RICE**

By: */s/ Jeff Miles*
Jeff Miles, Esq.
Tonaquint Business Park
912 West 1600 South, Suite B-200
St. George, UT  84770
Attorney for Plaintiff
DESIGN TO PRINT, INC.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  July 2, 2020

---

[1] Counsel for DTP has already agreed to dismiss the Fifth Claim for Relief against AGCS.

2