Leland Backus, Esq.
Nevada State Bar No. 473
**BACKUS, CARRANZA & BURDEN**
3050 S. Durango Drive
Las Vegas, NV 89117
(702) 872-5555
(702) 872-5545 facsimile
gbackus@backuslaw.com

Attorney for Defendant
*AGCS MARINE INSURANCE COMPANY*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DESIGN TO PRINT, INC. a Utah Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>CASESTACK, LLC, a Delaware Limited Liability Company; JOSE MANUEL BOLANOS, an individual doing business as Bolanos Trucking; BOLANOS TRUCKING INC., a California Corporation; APOLLO TRUCKING INC., a California Corporation; and AGCS MARINE INSURANCE COMPANY, an Illinois Corporation; JANE AND JOHN DOES 1-10; and DOE BUSINESS ENTITIES 1-10;<br><br>Defendants. | **Civil Action No.  2:20-cv-00714-KJD-DJA**<br><br>**THIRD STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**<br>**[THIRD REQUEST]** |

Plaintiff, Design to Print, Inc ("DTP"). and Defendant, AGCS Marine Insurance Company

("AGCS"), through their respective undersigned counsel are in the process of reviewing whether

this matter against AGCS may be dismissed and need additional time to review certain

documentation pertinent to the alleged claims against AGCS.  Some additional documents are

forthcoming from Defendant CaseStack LLC and they requested to and including July 17 to

accomplish this task.  Plaintiff's counsel will need time to review and consider as to whether there

is any viable basis for proceeding with claims for relief against AGCS. This is the third request for

an extension of time and good cause exists for the same.

Accordingly, DTP and AGCS stipulate and agree through their counsel of record that

AGCS may have to and including July 24J, 2020 to respond to the Complaint, if necessary

DATED this 30th day of June, 2020.

**BACKUS, CARRANZA & BURDEN**

By:     */s/ Leland Eugene Backus*
        Leland Backus, Esq.
        Nevada State Bar No. 473
        3050 South Durango Drive
        Las Vegas, Nevada 89117
        Attorney for Defendant
        AGCS MARINE INSURANCE COMPANY

DATED this 30th day of June, 2020.

**SNOW JENSEN & RICE**

By:     */s/ Jeff Miles*
        Jeff Miles, Esq.
        Tonaquint Business Park
        912 West 1600 South, Suite B-200
        St. George, UT  84770
        Attorney for Plaintiff
        DESIGN TO PRINT, INC.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: ___July 10, 2020_____