SUBT
JUSTIN J. ZARCONE
Nevada Bar No. 8735
WINNER & SHERROD
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
jzarcone@winnerfirm.com
Attorneys for Defendant/Cross-Defendant Apollo Truck Lines, Inc.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DESIGN TO PRINT, INC., a Utah Corporation, Plaintiffs, vs. CASESTACK, LLC, a Delaware Limited Liability Company; JOSE MANUEL BOLANOS, an individual doing business as Bolanos Trucking; BOLANOS TRUCKING INC., a California Corporation; APOLLO TRUCK LINES INC., a California Corporation; JANE AND JOHN DOES 1-10; and DOE BUSINESS ENTITIES 1-10; Defendants. | Civil Action No. 2:20-cv-00714-KJD-DJA<br><br>**SUBSTITUTION OF ATTORNEYS** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant, Apollo Truck Lines, Inc, in the above-entitled matter, hereby consents to the substitution of Justin J. Zarcone, Esq., of the law firm of WINNER & SHERROD, Ltd., in the place of George Jawlakian, Esq. of the JAWLAKIAN LAW GROUP, APC.

DATED: 2-17-21

_____
Apollo Truck Lines, Inc.
Defendant

Page 1 of 2

1  George Jawlakian, Esq. of the JAWLAKIAN LAW GROUP does hereby consent to the
2  substitution of Justin J. Zarcone, Esq. of the law firm of WINNER & SHERROD, Ltd.
3  DATED: February 16, 2021                    JAWLAKIAN LAW GROUP

*George K. Jawlakian*
George Jawlakian
California Bar No. 296692

8  Justin J. Zarcone, Esq. of the law firm of WINNER & SHERROD hereby substitutes in
9  as counsel of record for Defendant, Apollo Truck Lines, Inc., for the above-captioned case in
10 place and stead of George Jawlakian. of the JAWLAKIAN LAW GROUP. I am duly admitted to
11 practice in this District.

14 DATED: 02/18/2021                    WINNER & SHERROD

/s/ Justin Zarcone
Justin J. Zarcone
Nevada Bar No. 8735
1117 South Rancho Drive
Las Vegas, NV 89102

APPROVED:

DATED: February 19, 2021

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE