1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

DESIGN TO PRINT, INC.,

        Plaintiff,

    v.

CASESTACK, LLC, et al.,

        Defendants.

Case No. 2:20-cv-00714-KJD-DJA

**ORDER**

This matter is before the Court on the parties' Stipulation to Extend Discovery Deadlines (ECF No. 55), filed on March 12, 2021.  The Court has reviewed the Stipulation and finds that it does not comply with LR 26-3.  "A request made after the expiration of the subject deadline will not be granted unless the movant also demonstrates that the failure to act was the result of <u>excusable neglect</u>."  LR 26-3 (emphasis added).  The parties failed to demonstrate that the filing of this Stipulation after the expiration of the deadline for motions to amend pleadings and add parties, which expired on December 31, 2020, was the result of excusable neglect.

As for the remainder of the extension request that is subject to the good cause standard, the Court will grant that request.  The new schedule shall be as follows:

- Discovery cutoff: June 29, 2021
- Expert disclosures: July 29, 2021
- Rebuttal expert disclosures: August 19, 2021
- Dispositive motions: September 16, 2021
- Joint pretrial order: October 18, 2021

IT IS THEREFORE ORDERED that the parties' Stipulation to Extend Discovery Deadlines (ECF No. 55) is **granted in part and denied in part**.

1       IT IS FURTHER ORDERED that any subsequent motion or stipulation to extend

2   discovery deadlines subject to the discovery plan and schedule order must comply with LR 26-3

3   and set forth good cause or excusable neglect for the requested extension.

4

5       DATED:  March 15, 2021

6

7       _____

8       DANIEL J. ALBREGTS
    UNITED STATES MAGISTRATE JUDGE