UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DESIGN TO PRINT, INC., | Case No. 2:20-cv-00714-KJD-DJA |
| Plaintiff, | ORDER |
| v. | |
| CASESTACK, LLC, *et al.*, | |
| Defendants. | |

    Plaintiff's second amended complaint was filed on August 12, 2020. Defendant Casestack filed a cross-complaint on August 25, 2020. After all parties filed answers, the parties entered into stipulated scheduling orders. The last stipulation and entry of record by any party was on March 12, 2021. The last date to file a Joint Pretrial Order expired on October 18, 2021. On April 26, 2022, the Court notified the parties that failure to take action in this case would result in dismissal for want of prosecution. The parties failed to respond in any manner. Therefore, in accordance with Federal Rule of Civil Procedure 41(a) and LR 41-1 and good cause being found, the Court dismisses this action for want of prosecution.

    Accordingly, IT IS HEREBY ORDERED that this action is **DISMISSED with prejudice** in accordance with Rule 41.

**IT IS SO ORDERED.**

    DATED this 17th day of June 2022.

_____
The Honorable Kent J. Dawson
United States District Judge